STATE BANK VS. WILSON ET AL.
SAME      VS. SHERRILL ET AL.
SAME      VS. CARTER ET AL.

*Appeals from Independence Circuit Court.*

Hon. B. H. NEELY, Circuit Judge, presiding.

S. H. HEMPSTEAD, for the appellant.

Byers & Patterson, contra.

Opinions by Mr. Justice Scott. Held that where no question of law is presented, nor any exception taken to the opinion of the court; and the finding of the court or verdict of the jury is not without evidence to support it, this court will not disturb the judgment of the court below. *State Bank vs. Conway*, 13 *Ark*.

Judgments affirmed.